THE PEOPLE OF THE STATE OF NEW YORK ex rel. JULIO BALBOT, Appellant, v. WILFRED L. DENNO, as Warden of Sing Sing Prison, Respondent.

Beldock, P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK R. WARRELMAN, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.

Rabin, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur.

SIDNEY ROGERS, Respondent, v. MERCHANTS MUTUAL CASUALTY COMPANY, Appellant, et al., Defendants.

Christ, Acting P. J., Brennan, Rabin, Hopkins and Nolan, JJ., concur.